In the Matter of the Accounting of GERALD F. BEAL et al., as Executors of PRENTISS N. GRAY, Deceased.

WILLIAM A. NUNLIST et al., as Trustees for HAZEL W. NUNLIST, Appellants; GERALD F. BEAL et al., as Executors of PRENTISS N. GRAY, Deceased, et al., Respondents.

In the Matter of the Construction of the Will of PRENTISS N. GRAY, Deceased.

WILLIAM A. NUNLIST et al., as Trustees for HAZEL W. NUNLIST, Appellants; GERALD F. BEAL et al., as Executors of and Trustees under the Will of PRENTISS N. GRAY, Deceased, et al., Respondents.

Argued January 10, 1944; decided February 24, 1944.

*Gullie B. Goldin* and *William A. Nunlist* for appellants.

*John F. Dooling, Jr.,* and *John C. Hover* for Gerald F. Beal and others, as executors and trustees, respondents.

*Americus Delli-Paoli,* special guardian for Prentiss N. Robinson and another, infants, and others, respondents.

Order affirmed, with costs payable out of the estate. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.